## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BREAKING GLASS PICTURES,<br><br>        Plaintiff,<br><br>v.<br><br>SWARM SHARING HASH FILE<br>SHA1:<br>973F491D02C1E0220DBC534D8F8EDC15FC53FAEF;<br>AND DOES 1 through 91,<br><br>        Defendants. | CIVIL ACTION NO.:<br>1:13-cv-10735-PBS<br><br><br>**JURY TRIAL DEMANDED** |

### CORPORATE DISCLOSURE STATEMENT OF
### PLAINTIFF BREAKING GLASS PICTURES

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.3(A), Plaintiff states that no publicly-

held company owns more than 10% of Breaking Glass Pictures.


Dated:     April 2, 2013            Respectfully submitted,

                                    **BREAKING GLASS PICTURES**
                                    **By its attorneys**

                                      */s/ Alexandra Capachietti*
                                    Shepard Davidson, Esq. (BBO#557082)
                                    sdavidson@burnslev.com
                                    Alexandra Capachietti, Esq. (BBO#666765)
                                    acapachietti@burnslev.com
                                    Burns & Levinson LLP
                                    125 Summer Street
                                    Boston, MA 02110
                                    Telephone: (617) 345-3000
                                    Facsimile: (617) 345-3299

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Corporate Disclosure Statement filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non registered participants on April 2, 2013.

Dated:  April 2, 2013                                  */s/ Alexandra Capachietti*
                                                              Alexandra Capachietti