UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

☐ Check if previously referred

Breaking Glass Pictures

        V.        CA No. 1:13-cv-10735-PBS

Swarm Sharing Hash File SHA1:
973F491D02C1E0220DBC534D8F8EDC15FC53FAEF et al

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Chief Magistrate Judge **Sorokin** for the following proceedings:

(A) ☐ Referred for full pretrial case management, including all dispositive motions.

(B) ☒ Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C) ☐ Referred for discovery purposes only.

(D) ☐ Referred for Report and Recommendation on:

    ( ) Motion(s) for injunctive relief
    ( ) Motion(s) for judgment on the pleadings
    ( ) Motion(s) for summary judgment
    ( ) Motion(s) to permit maintenance of a class action
    ( ) Motion(s) to suppress evidence
    ( ) Motion(s) to dismiss
    ( ) Post Conviction Proceedings[1]
    See Documents Numbered: _____

(E) ☐ Case referred for events only. See Doc. No(s). _____

(F) ☐ Case referred for settlement.

(G) ☐ Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
    ( ) In accordance with Rule 53, F.R.Civ.P.
    ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H) ☒ Special Instructions:  Referred for 16b Conference

April 2, 2013          By:  /s/ Jennifer Anderson
Date          Deputy Clerk

**(Order of Ref to MJ - SOROKIN CIVIL.wpd - 05/2003)**

---

[1] See reverse side of order for instructions